HENRY WEISSMANN (SBN 132418)
henry.weissmann@mto.com
TAMERLIN J. GODLEY (SBN 194507)
tamerlin.godley@mto.com
MARGARET G. MARASCHINO (SBN 267034)
margaret.maraschino@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendant VERIZON CALIFORNIA INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY D/B/A AT&T CALIFORNIA; VERIZON CALIFORNIA, INC; SUREWEST TELEPHONE; and SUREWEST TELEVIDEO,<br><br>Defendants. | Case No. 2:14-cv-01257-MCE-CKD<br><br>**ORDER THAT VERIZON CALIFORNIA INC.'S MOTION TO SEVER AND TRANSFER WILL BE DECIDED ON BRIEFS AND ON SHORTENED TIME**<br><br>Judge: Hon. Morrison C. England, Jr,<br>Courtroom: #7<br>Action Filed: May 21, 2014 |

24675206.1

ORDER THAT VERIZON CALIFORNIA INC.'S MOTION TO SEVER AND TRANSFER BE DECIDED ON
BRIEFS AND ON SHORTENED TIME

1  Upon stipulation of all parties:

2  (1) Verizon California Inc.'s motion to sever and to transfer venue (Docket Number 42)
3  shall be decided on the record and briefs on file without oral argument. The October 30, 2014,
4  hearing date for this motion is hereby VACATED.

5  (2) The time to decide the motion to sever and transfer is SHORTENED so that the Court
6  may decide the motion forthwith. All parties have stated that they do not oppose the motion.

7  **IT IS SO ORDERED.**

8  Dated: October 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT