1  HENRY WEISSMANN (SBN 132418)
   henry.weissmann@mto.com
2  TAMERLIN J. GODLEY (SBN 194507)
   tamerlin.godley@mto.com
3  MARGARET G. MARASCHINO (SBN 267034)
   margaret.maraschino@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, California 90071-1560
6  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
7
   Attorneys for Defendant VERIZON
8  CALIFORNIA INC.

9

                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12

13  SPRINT COMMUNICATIONS
    COMPANY L.P.,

14            Plaintiff,

15        vs.

16  PACIFIC BELL TELEPHONE COMPANY
    D/B/A AT&T CALIFORNIA;
17  VERIZON CALIFORNIA, INC; SUREWEST
    TELEPHONE; and SUREWEST
18  TELEVIDEO,

19            Defendants.

20

21

22

23

24

25

26

27

28

    24675206.1

|  | Case No. 2:14-cv-01257-MCE-CKD |
|--|--|
|  | **ORDER GRANTING VERIZON CALIFORNIA INC.'S MOTION TO SEVER AND TRANSFER TO THE EASTERN DISTRICT OF MISSOURI** |
|  | Judge: Hon. Morrison C. England, Jr, |
|  | Date:    October 30, 2014 |
|  | Time:    2:00 PM |
|  | Courtroom: 7 |
|  | Action Filed: May 21, 2014 |

ORDER GRANDING VERIZON CALIFORNIA INC. MOTION TO SEVER AND TRANSFER TO EASTERN
DISTRICT OF MISSOURI

1       This matter is before the Court on the unopposed motion of Defendant Verizon California

2   Inc.'s ("Verizon") to sever and to transfer venue to the United States District Court for the Eastern

3   District of Missouri.  Mot., Oct. 1, 2014, ECF No. 42.  Verizon moves to sever the claims against

4   it from this case and to transfer venue of those claims to the Eastern District of Missouri pursuant

5   to Fed. R. Civ. P. 21 and 28 U.S.C. § 1404(a).  Plaintiff Sprint Communications Company L.P.

6   ("Plaintiff") and the remaining Defendant, Pacific Bell Telephone Company, do not oppose

7   Verizon's motion.  See ECF No. 43.  In addition, all parties to this action ask that the Court decide

8   the instant motion forthwith without oral argument.  See id.  Having reviewed the motion and

9   related documents, and by stipulation of all parties, the Court finds the matter suitable for decision

10  on shortened time and without oral argument pursuant to Local Rules 144(e) and 230(g).

11  Therefore, the October 30, 2014, hearing date for this motion is hereby **VACATED**.

12      For the reasons set forth in Verizon's Motion, the Court agrees that the Eastern District of

13  Missouri is a more convenient forum for adjudication of Plaintiff's claims against Verizon.  For

14  good cause shown, the Court hereby **GRANTS** Verizon California Inc.'s Motion to Sever and to

15  Transfer Venue to the Eastern District of Missouri (ECF No. 37).[1]

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26

27  [1] As set forth in Verizon's Motion, a related case, Sprint Communications Co. L.P. v. Southwestern. Bell Telephone Company., et al., Case No.  4:14-cv-00850-CEJ (E.D. Mo. filed May 2, 2014), is pending in the United

28  States District Court for the Eastern District of Missouri, Eastern Division.

24675206.1

ORDER GRANDING VERIZON CALIFORNIA INC. MOTION TO SEVER AND TRANSFER TO EASTERN
DISTRICT OF MISSOURI

1    Accordingly, it is hereby **ORDERED**:

2    (1) Plaintiff Sprint Communications Company L.P.' s claims against Defendant Verizon

3 California Inc. are hereby **SEVERED** pursuant to Fed. R. Civ. P. 21.

4    (2) It is further **ORDERED** this case is hereby **TRANSFERRED** to the United States

5 District Court for the Eastern District of Missouri, Eastern Division, as to Defendant Verizon

6 California Inc. only.  The Clerk of the Court is **DIRECTED** to take all steps necessary to

7 effectuate this transfer; and

8    (3) After the transfer of Defendant Verizon California Inc. as set forth above, Sprint

9 Communications Company L.P. **SHALL REMAIN** the Plaintiff and Pacific Bell Telephone

10 Company, doing business as AT&T California, **SHALL REMAIN** the Defendant in this action in

11 the United States District Court for the Eastern District of California.

12    IT IS SO ORDERED.

13 Dated:  October 14, 2014

14

15 _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
   UNITED STATES DISTRICT COURT
16

17

18

19

20

21

22

23

24

25

26

27

28

24675206.1
                                    -2-
ORDER GRANDING VERIZON CALIFORNIA INC. MOTION TO SEVER AND TRANSFER TO EASTERN
DISTRICT OF MISSOURI